

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sharol Martin, Appellant

No. 06-12-00187-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 24807). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect conviction of a second-degree felony with punishment enhanced to the penalty range of a first-degree felony. We also modify the judgment to reflect that the statute of the offense is Section 15.02 of the Texas Penal Code, rather than Section 481.112 of the Texas Health and Safety Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Sharol Martin, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 28, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk